UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH F. OLIVARES,

    Plaintiff,

vs                                     Case No: 13-12982
                                     Honorable Victoria A. Roberts

BETH YAROCH, ET AL,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. 71)

On July 23, 2015, Magistrate Judge Mona Majzoub issued a Report and Recommendation ("R&R") recommending that the Court grant Defendants' Motion for Summary Judgment, and deny Plaintiff's Motion for Extension of Time as moot. On August 3, 2015, Plaintiff filed objections to the R&R; Defendants responded.

In accordance with 28 U.S.C. § 363(b)(1)(B), the court reviewed *de novo* the R&R and Plaintiff's objections. The Court agrees with Magistrate Judge Majzoub's conclusion.

The Court ADOPTS the R&R; Defendants' Motion for summary judgment (Doc. 58) is GRANTED; Plaintiff's Motion for Extension of Time (Doc. 66) is DENIED AS MOOT. This case is DISMISSED in its entirety.

IT IS ORDERED.

                                         /s/ Victoria A. Roberts
                                         Victoria A. Roberts
                                         United States District Judge

Dated: September 21, 2015

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on September 21, 2015.

s/Linda Vertriest
Deputy Clerk